WR-81,972-04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/10/2015 2:41:00 PM
Accepted 7/13/2015 3:34:40 PM
ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS NO. WR-81,972-04
TRIAL COURT CAUSE NO. W03-25657-U(A)

| | | |
|---|---|---|
| EX PARTE | § | IN THE COURT OF |
| | § | CRIMINAL APPEALS |
| BOBBY DREW AUTRY | § | OF TEXAS AT AUSTIN |

RECEIVED
COURT OF CRIMINAL APPEALS
ABEL ACOSTA, CLERK

## MOTION TO EXTEND THE TIME FOR FILING
## THE TRIAL COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE HONORABLE JUDGES OF SAID COURT:**

The 291ST Judicial District Court of Dallas County, Texas, through the Honorable Stephanie Mitchell, moves for an extension of time for filing its Findings of Fact and Conclusions of Law in the above-styled case to August 30, 2015. In support of this motion, the Court would show the following:

I.

On April 13, 2004, Applicant entered a plea of guilty to the offense of indecency with a child and pursuant to a plea bargain agreement was sentenced to five years in the penitentiary. No direct appeal was filed. On July 17, 2014, Applicant filed the instant writ application. An order designating issues was signed on August 14, 2014, appointing Catherine Bernhard to resolve issues and prepare findings.

II.

Although the sentence has been discharged, Applicant asserts that this conviction subjects him to registration as a sex offender, and thus, he suffers from collateral consequences. On March 18, 2015, this Court entered an order requiring findings to be made and forwarded within 120 days, or by July 17, 2015. However, Catherine Bernhard was not notified about the

court's order and did not learn of its existence until May 26, 2015.

## III.

On May 26, 2015, Catherine Bernhard contacted the trial attorney, Gary Unell, to request an affidavit regarding the issues Applicant raises in this writ. On July 7, 2015, Gary Unell requested an additional week to get his affidavit completed. Mr. Unell explained that he had to fire his previous secretary and is now having to train a new one. This has caused a delay in getting his affidavit prepared and properly notarized.

WHEREFORE, PREMISES CONSIDERED, the Court respectfully requests that the time for filing its Findings of Fact and Conclusions of Law, along with the supplemental transcript be extended an additional 45 days to August 30, 2015.

Respectfully submitted,

Judge Stephanie Mitchell
Presiding Judge
291st Judicial District Court
Dallas County, Texas